1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   JERMAINE EARNEST

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 4-14-71233 MAG |
| PLAINTIFF, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |
| v. | |
| JERMAINE EARNEST, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the detention hearing date of October 17, 2014 presently scheduled at 9:30 a.m., before the Hon. Donna Kandis Westmore, be vacated and re-set for October 22, 2014, at 9:30 a.m., before the Oakland Duty Magistrate, for detention hearing.

The requested continuance is necessary because defense counsel is conducting ongoing investigation regarding potential sureties for Mr. Earnest. Defense counsel is also still reviewing discovery in this matter.

The parties agree and stipulate that the time until October 22, 2014 should be excluded,

CR 4-14-71233 MAG
Stip. to Cont. & Exclusion of Time; [Proposed] Order

1

under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. For these same reasons, the defendant also agrees to waive time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) and (d), through October 22, 2014.

DATED:     October 16, 2014                  /S/
                                      Ellen V. Leonida
                                      Assistant Federal Public Defender
                                      Counsel for Defendant JERMAINE EARNEST


DATED:     October 16, 2014                  /S/
                                      Brigid Martin
                                      Assistant United States Attorney

1 **ORDER**

2 The court finds that the ends of justice served by the granting of the continuance

3 outweigh the best interests of the public and the defendant in a speedy and public trial. The

4 continuance is necessary to accommodate counsel's preparation efforts.  Based on these findings,

5 IT IS HEREBY ORDERED THAT the above-captioned matter is continued to October 22, 2014

6 at 9:30 a.m., before the Oakland Duty Magistrate.  Time is excluded until October 22, 2014

7 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

8 IT IS FURTHER ORDERED that time is excluded under 18 U.S.C. 3161(b) and waived with the

9 consent of the defendant under Federal Rule of Criminal Procedure 5.1(c) and (d), through

10 October 22, 2014.

11 DATED: 10/16/14

HON. KANDIS WESTMORE
12 United States Magistrate Judge

25 CR 4-14-71233 MAG
Stip. to Cont. & Exclusion of Time; [Proposed] Order

3